AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

A 2001 PORSCHE 911
CARRERA CONVERTIBLE
VIN: WP0CA299X1S650435
REGISTERED IN THE NAME
OF RICARDO HENRY

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Debra L. LaPrevotte_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

A 2001 Porsche 911 Carrera Convertible, VIN: WP0CA299X1S650435, registered in the name of Ricardo Henry

which is (state one or more bases for seizure under the United States Code)

property derived from proceeds traceable to a violation of Title 18, U.S.C. §1347 (Health Care Fraud), and is subject to seizure under Title 18, U.S.C. §981(b), and forfeiture

concerning a violation of Title __18__ United States Code, Section(s) __981(a)(1)(C)__. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

William R. Cowden
Asset Forfeiture Unit/Criminal Division
(202) 307-0258

Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

Case 1:06-mj-00151-JMF    Document 1    Filed 03/29/2006    Page 2 of 2