UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEIZURE OF A          )
2001 PORSCHE 911 CARRERA CONVERTIBLE )
VIN:  WP0CA299X1S650435, REGISTERED       )
IN THE NAME OF RICARDO HENRY               )

**AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT**

DEBRA L. LaPREVOTTE,  being duly sworn, deposes and states as follows:

<u>INTRODUCTION</u>

1.  I am a Special Agent employed by the Federal Bureau of Investigation ("FBI").  I have been so employed for ten (10) years.  Currently, I am assigned to the Asset Forfeiture/ Money Laundering Squad in the FBI's Washington D.C. Field Division (Northern Virginia Resident Agency).  My investigative assignments include money laundering as it relates to the proceeds of bank fraud, wire fraud and mail fraud schemes, as well as a variety of white collar and narcotic related investigations.  I have received extensive training in Advanced Money Laundering Techniques and Complex Financial Manipulation.

2.  I am currently assisting Special Agent James Markovich, Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C.  SA Markovich is assigned to work Health Care Fraud violations.

3.  This affidavit is in support of a seizure warrant for the following item:

   2001 PORSCHE 911 CARRERA CONVERTIBLE, VIN:
   WP0CA299X1S650435, REGISTERED IN THE NAME OF
   RICHARDO HENRY

4.  As discussed in detail below, this vehicle is subject to seizure under 18 U.S.C. § 981(b), and forfeiture pursuant to:  (1) 18 U.S.C. § 981(a)(1)(C), as property, real or personal, derived from proceeds traceable to a violation of 18 U.S.C. § 1347 (Health Care Fraud, a

specified unlawful activity as defined in Section 1956(c)(7) and incorporated into Section 981 ), and (2)18 U.S.C. § 981(a)(1)(A), as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957, or any property traceable to such property.

<u>THE SCHEME</u>

5.   On or about November 17, 1999, Ricardo Henry ("Henry"), on behalf of his company, Insight Therapeutic Services, Inc. ("Insight") obtained approval to become a Medicaid Provider, and was issued Medicaid Provider Number 4418180.  Henry was the President, CEO, Secretary and Treasurer of Insight.  Insight indicated that it provided psychological services to patients eligible for Medicaid in the District of Columbia.

6.   Investigation conducted by SA Mark Hill, and other Special Agents of the FBI, revealed that Henry was defrauding Medicaid, a federally funded program.  Investigation determined that, among other things, Henry was representing himself as having received a Ph.D. degree, when he had not yet received a Ph.D.  Henry would inform the therapists that they should visit patients one time every two weeks, but he caused false claims to be submitted to Medicaid seeking reimbursement for services claimed to have been provided to those patients more than twice per month.  Henry not only obtained Medicaid identification numbers for patients referred to Insight and who were eligible for DC Medicaid, but he also would obtain Medicaid identification numbers for family members of the patients who were not themselves patients, and then cause false claims to be submitted to Medicaid seeking reimbursement for services that were not provided to the family members.  Henry also submitted, or caused to be submitted, false claims to Medicaid for patients whose treatment relationship with Insight had been terminated

and for services that had not been provided.  Henry would submit, or cause to be submitted, false claims to Medicaid for dates when service for a patient had been cancelled, and for other patients on dates for which no service was provided.

7.  Examples of this fraudulent billing involve the billing of services provided to Families A, B and C.  Henry billed Medicaid, or caused Medicaid to be billed, for 99 visits for the mother and 53 visits for the son of Family A.  The FBI interviewed the mother who informed that she has received less than 20 treatments and her son had never been treated by Insight.  Henry falsely billed Medicaid, or caused Medicaid to be billed, for 76 visits for the mother of Family B, 71 visits for son #1, 95 visits for son #2 and 33 visits for son #3.  The mother from Family B was interviewed and although she could not recall the number of visits she had to Insight, she stated that her three sons had never received treatment at Insight.  Henry falsely billed Medicaid, or caused Medicaid to be billed falsely, for 78 visits for the minor male of Family C.  The mother of Family C stated that her son had never been treated at Insight.

8.  An auditor for the United States Attorney's Office conducted an analysis of the claims submitted by Insight, and thus Henry, for the years 1999 through 2002.  The auditor reviewed 84 recipients out of 232 recipients, which constituted the top 60 recipients for which Medicaid had paid a claim, plus family members associated with those recipients.  It was determined that in excess of 80% of the billing Henry submitted (or caused to be submitted) to Medicaid was false. It was determined that Henry received approximately $250,000 from Medicaid in the year 2000 and received more than $250,000 in 2001.  All of the payments from Medicaid were deposited into Henry's Insight Therapeutic Services account number XXXX XXXX 6264 at Bank of America.  Investigation does not indicate any other source of income for Henry.

## THE PORSCHE

9.  On or about November 30, 2000, Henry purchased a 2001 Porsche , VIN: WP0CA299X1S650435, at Tischer Auto.  Records indicate that the purchase price of the Porsche was $84,710.00.  Henry financed the vehicle with a  loan for $76,000 from SunTrust Bank.  The monthly loan payment was $1,691.95.  A review of a payment history for this vehicle indicates that between 1/8/01 and 6/19/03, Henry made 30 payments of $1,691.95, totaling $50,758.50.

10.  Your affiant conducted a review of Henry's Bank of America account number XXXX XXXX 6264, in the name of Ricardo F Henry, dba Insight Therapeutic Services, Inc.  This account is the account into which payments from Medicaid were deposited.  On 1/4/01, this account received a deposit of $11,997.23 from Medicaid.  On or about 1/9/01, Henry wrote two checks, #1593 and $1595, both in the amount of $1,691.95, which appear to be payments on the Porsche.  There is probable cause to believe that these two checks represent payments on this vehicle loan from the proceeds of Medicaid fraud.  Further examples of payments on the Porsche loan from the tainted funds are listed below:

| Date | Medicaid Deposit | Loan Payment |
|---|---|---|
| 2/07/01 | $8,505.50 | |
| 2/13/01 | | $1,691.95 |
| 3/14/01 | $4,587.00 | |
| 3.15.01 | | $1,691.25 |
| 4/12/01 | $13,642.50 | |
| 4/19/01 | | $1,691.95 |
| 4/24/01 | $15,783.00 | |
| 5/25/01 | | $1,691.95 |
| 6/11/01 | $11,296.11 | |
| 6/15/01 | | $1,691.95 |
| 6/20/01 | $18,907.00 | |
| 7/12/01 | | $1,691.95 |

-4-

11.  Your affiant reviewed statements from Bank of America account number XXXX XXXX 6264, and identified at least 15 payments from this account in increments of $1,691.95. There is probable cause to believe that these 15 payments represent payments to SunTrust Bank for the car loan listed above.

12.  Based in the information contained in this affidavit, there is probable cause to believe that Henry did knowingly commit violations of 18 U.S.C. § 1347 (Health Care Fraud), and  that the 2001 Porsche 911 Carrera, VIN:  WP0CA299X1S650435, is:  (1) property derived from the proceeds of that fraud and is therefore subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), as property derived from proceeds traceable to a violation of a specified unlawful activity within the meaning of 18 U.S.C. § 1956(c)(7)(F), and that the 2001 Porsche is property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957, or property traceable to such property, and therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, it is requested that a seizure warrant be issued for the 2001 Porsche, VIN: WP0CA299X1S650435, registered in the name of Ricardo Henry.

_____
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation
United States Department of Justice

SWORN TO AND SUBSCRIBED before me this _____ day of  March, 2006.

_____        _____
                     United States Magistrate Judge
                     for the District of Columbia

-6-