AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

A 2001 PORSCHE 911
CARRERA CONVERTIBLE
VIN: WP0CA299X1S650435
REGISTERED IN THE NAME
OF RICARDO HENRY

**SEIZURE WARRANT**

CASE NUMBER:
**06 - 151 M - 01**

TO: _Special Agent Debra L. Prevotte, Federal Bureau of Investigation,_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Debra L. Prevotte_ who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

A 2001 Porsche 911 Carrera Convertible, VIN: WP0CA299X1S650435, registered in the name of Ricardo Henry.

m satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 29 2006
_____
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D. C.

_John M. Facciola_ (signature)
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/29/06 | DATE AND TIME WARRANT EXECUTED<br>2:30 PM  3/29/06 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>in Apartment of Ricardo Henry |
| INVENTORY MADE IN THE PRESENCE OF  SA Branden Kealiher | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(one) 1 911 Carrera Porsche,
VIN: WP0CA299X1S650435,
DC Tag CJ-6543

FILED
APR 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]   4/13/06
U.S. Judge or U.S. Magistrate Judge    Date